# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| PRIMANTI BROS. RESTAURANT CORPORATION <br> *Plaintiff* <br> v. <br> ALMOST FAMOUS SALOON, LLC. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:16-3046 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
          Almost Famous Saloon, LLC
          c/o Kenneth P. Ezell, Jr., Registered Agent
          211 Commerce Street, Suite 800
          Nashville, TN 37201-1817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Paige W. Mills, Esq.
          Bass, Berry & Sims, PLC
          150 Third Avenue South, Suite 2800
          Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

NOV 2 9 2016                             *CLERK OF COURT*

Date: _____                     _____
                                                                    *Signature of Clerk or Deputy Clerk*